IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANCISCO NEGRON, ) | |
| ) | Civil Action No. 05 - 368J |
| Petitioner, ) | |
| ) | |
| v. ) | Judge Kim R. Gibson / |
| ) | Magistrate Judge Lisa Pupo Lenihan |
| FREDERIC ROSEMEYER; DISTRICT ) | |
| ATTORNEY OF THE COUNTY OF ) | |
| PHILADELPHIA; and the ATTORNEY ) | |
| GENERAL OF THE STATE OF ) | |
| PENNSYLVANIA, ) | |
| ) | |
| Respondents. ) | |

## ORDER

The above captioned case was initiated by the filing of a Petition for Writ of Habeas Corpus on September 19, 2005, and was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The magistrate judge's Report and Recommendation (Doc. No. 7), filed on January 9, 2006, recommended that the Respondents' Motion to Change Venue (Doc. No. 4) be granted and that this action be transferred to the United States District Court for the Eastern District of Pennsylvania pursuant to 28 U.S.C. § 2241(d). The report and recommendation was served on the Petitioner at SCI Laural Highlands, 5706 Glades Pike, P.O. Box 631, Somerset, PA 15501, and on counsel for the Respondents. The parties were advised they were allowed ten (10) days from the date of service to file written objections to the report and recommendation. No objections have been filed. After review of the pleadings and documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 27th day of March, 2006;

IT IS HEREBY ORDERED that the Respondents' Motion to Change Venue (Doc. No. 4) is **GRANTED**.

IT IS FURTHER ORDERED that the Clerk of Court transfer this action to the United States District Court for the Eastern District of Pennsylvania pursuant to 28 U.S.C. § 2241(d).

IT IS FURTHER ORDERED that the Report and Recommendation (Doc. No. 7) of Magistrate Judge Lenihan, dated January 9, 2006, is adopted as the opinion of the court.

Dated:

By the Court:

Kim R. Gibson
United States District Judge

cc: Lisa Pupo Lenihan
United States Magistrate Judge

Francisco Negron
FF-6163
SCI - Laurel Highlands
5706 Glades Pike
P.O. Box 631
Somerset, PA 15501

Marilyn Murray
Office of the District Attorney
1421 Arch Street
Philadelphia, PA 19102